

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00054-CV

---

Ron O'Neill, Appellant

v.

Hillcrest LLC, d/b/a Marshall Apartments, Appellee

---

On Appeal from the County Court at Law No. 2
Travis County, Texas
Trial Court No. C-1-CV-25-006202

---

## MEMORANDUM OPINION

Appellant's brief was originally due on April 27, 2026. *See* Tex. R. App. P. 38.6(a). On May 6, 2026, the Clerk of this Court notified Appellant that his brief was late and that, unless he filed an adequate response to the notice by May 16, 2026, we might dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a) (authorizing dismissal of an appeal for failure to timely file a brief). Appellant did not adequately respond to the notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b). We dismiss any pending motions as moot.


GINA M. PALAFOX, Justice

May 28, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.